Matthias H. Arnot, as Trustee, Respondent, v. Union Salt Company, Appellant.— Decision amended so as to read as follows: Judgment affirmed, with costs. Opinion by Smith, J. (Reported in 109 App. Div. 433, 440.)

The People of the State of New York ex rel. William Bidwell, Respondent, v. Sebastian W. Pitts, as Sheriff of Albany County, New York, and Custodian of the Albany County Penitentiary, Appellant.— Order reversed, writ of habeas corpus quashed, and relator remanded to the custody of the sheriff of Albany county, as custodian of the penitentiary, to serve balance of his term, on the authority of *People ex rel. Bidwell* v. *Pitts* (*ante*, p. 319). All concurred.

Charles Vroman, Respondent, v. Thomas Maher and Jeremiah Maher, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

## FIRST DEPARTMENT, JANUARY, 1906.

John W. Sterling, as an Executor, etc., of Edwin S. Chapin, Deceased, Appellant, Respondent, v. Albert K. Chapin, Individually and as an Executor, etc., of Edwin S. Chapin, Deceased, Respondent, Appellant.— Cross-appeals from a judgment entered on the report of a referee and from an order granting costs.

PER CURIAM: The order appealed from should be affirmed, without costs. And upon the authority of *Sterling* v. *Chapin* (102 App. Div. 589) the judgment appealed from should also be affirmed, without costs. Present — O'Brien, P. J., Ingraham, Laughlin, Clarke and Houghton, JJ.; Laughlin, J., dissented on his opinion on the previous appeal. Order affirmed, without costs. Judgment affirmed, without costs.